United States Magistrate Court
DSO-SDTX
FILED
JUL 25 2013
David J. Bradley, Clerk
Laredo Division

# DIANA SONG QUIROGA
United States Magistrate Judge, Presiding

| | | | |
|---|---|---|---|
| Deputy Clerk | Cindy Dominguez-De Leon | Open | 9:11 AM |
| Court Reporter | Ben Mendoza (ERO) | Adjourn | 9:30 AM |
| Court Interpreter | Francisco Vergara, not used | | |
| U.S. Pretrial | Terry Salazar | | |
| U.S. Probation | Nora Estrada | | |
| U.S. Marshal | Deputy Julian Sanchez | DATE: | July 25, 2013 |

Docket No. 5:13-MJ-1145-1

| | | |
|---|---|---|
| United States of America | § | Mary Lou Castillo, AUSA |
| vs | § | |
| Gerardo Davila Jr. | § | FPD Rolando Charles (on-duty) |

## Courtroom Minutes
### Initial Appearance

✔ Initial appearance on **Criminal Complaint**.

✔ Defendants first appearance. Dft. Advised of charges and rights.

✔ FINANCIAL AFFIDAVIT, executed and filed.

✔ Defendant requested appointed attorney.

✔ Federal Public Defender, appointed.

✔ Bond set at $75,000.00

✔ Preliminary Examination Hearing set for 8/8/13 at 10:00 AM in Courtroom 3C before US Magistrate Judge Guillermo R. Garcia.

✔ Defendant remanded to US Marshals custody.

✔ Material Witnesses:
Osvaldo Tapia-Sanchez
Luis Alberto Martinez-Ureno

/cd